*In re* José R. López de Victoria Brás.

*Número:* AB-2003-116 *Resuelto:* 17 de diciembre de 2004

*José R. López de Victoria Brás*, peticionario.

## RESOLUCIÓN

Examinada la Solicitud de Reinstalación presentada por el Sr. José R. López de Victoria Brás y habiendo transcurrido el término de suspensión dispuesto en nuestra sentencia, *se le reinstala a la práctica de la abogacía.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez no intervinieron.

(*Fdo.*) María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*